**FILED**
January 18, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>           Plaintiff,   )<br>v.                           )<br>  )<br>SUKHWINDER KAUR,             )<br>  )<br>           Defendant.        ) | Case No. 2:13CR00006-KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __SUKHWINDER KAUR__ , Case No. __2:13CR00006-KJM__ , Charge __18 USC 1341__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $25,000.

        _X_ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        _X_ (Other) _Pretrial Services Supervision of Conditions_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __January 18, 2013__ at __3:42 p.m.__

By _____
Dale A. Drozd
United States Magistrate Judge