UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
January 18, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:13CR00006-KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| SUKHWINDER KAUR, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __SUKHWINDER KAUR__ , Case No. __2:13CR00006-KJM__ , Charge __18 USC 1341__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __ Release on Personal Recognizance

   X  Bail Posted in the Sum of $25,000.—

      X   Unsecured Appearance Bond

      __   Appearance Bond with 10% Deposit

      __   Appearance Bond with Surety

      __   Corporate Surety Bail Bond

      X   (Other)  Pretrial Services Supervision of Conditions

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __January 18, 2013__ at __3:42 p.m.__

By _____Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge